Law Offices of
OLSON CANNON GORMLEY & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATRICE MUNERLYN,<br><br>                Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Domestic Corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>                Defendants. | CASE NO.:   2:22-cv-00961-ART-BNW<br><br>ORDER APPROVING<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY** |

///

///

///

///

///

///

///

///

///

1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR LOSS OF PAST AND FUTURE WAGES AND EARNING CAPACITY

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that Plaintiff LATRICE MUNERLYN's claim for loss of past and future wages and earning capacity in the above-captioned action against Defendant be dismissed with prejudice.

DATED this 10th day of November, 2022.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
*Costco Wholesale Corporation*

DATED this 10th day of November, 2022.

CVBN LAW

/s/ Brent D. Valdez, Esq.
_____
ROGER M. CRAM, ESQ.
Nevada Bar No.: 6612
BRENT D. VALDEZ, ESQ.
Nevada Bar No.: 10784
9580 W. Sahara Ave., Ste. 180
Las Vegas, NV 89117
*Attorneys for Plaintiff*

IT IS SO ORDERED this __10__ day of __November__, 2022.

_____
Anne R. Traum
United States District Judge

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
*Costco Wholesale Corporation*

2