UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATRICE MUNERLYN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Domestic Corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:22-cv-00961-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff LATRICE MUNERLYN and Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff against Defendants in said captioned action is and are hereby dismissed with prejudice.

///

///

///

///

1

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 27th day of September, 2023.    DATED this 27th day of September, 2023.

OLSON CANNON GORMLEY & STOBERSKI    CVBN LAW

/s/ Michael A. Federico, Esq.    /s/ Brent D. Valdez, Esq.

MICHAEL A. FEDERICO, ESQ.    ROGER M. CRAM, ESQ.
Nevada Bar No. 005946    Nevada Bar No.: 6612
9950 West Cheyenne Avenue    BRENT D. VALDEZ, ESQ.
Las Vegas, Nevada 89129    Nevada Bar No.: 10784
Attorneys for Defendant    9580 W. Sahara Ave., Ste. 180
*Costco Wholesale Corporation*    Las Vegas, NV 89117
    *Attorneys for Plaintiff*

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff LATRICE MUNERLYN against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: October 3, 2023